# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARK JEFFERY WILSON,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 70998

**FILED**

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order dismissing a postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James Todd Russell, Judge.

The notice of appeal was untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

cc: Hon. James Todd Russell, District Judge
Mark Jeffery Wilson
Attorney General/Carson City
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-33741